UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Todd A. Morehart : Case #: 07-51217
       Rabecca R. Morehart

: Chapter 13

: Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 3, 2010                                                /s/ Frank M. Pees
                                                                                  Frank M. Pees
                                                                                  Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| NCO FINANCIAL SYSTEMS<br>PO BOX 41567<br>PHILADELPHIA PA 19101 | $615.41 |